UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**WARREN AIKEN, JR.,**

    **Plaintiff,**

v.                              Case No. 3:14cv169/MCR/CJK

**A. HARRISON,**

    **Defendant.**
_____/

## ORDER

    This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated July 3, 2014 (doc. 10).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No timely objections have been filed.

    Having considered the Report and Recommendation, the Court has determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.  The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

    2.  This cause is **DISMISSED without prejudice** for Plaintiff's failure to prosecute and failure to comply with orders of the Court.

    3.  The Clerk is directed to close the file.

**DONE and ORDERED** this 5th day of August, 2014.

*M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**